UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-172-H

BENCH BILLBOARD CO., INC.                                                                                   PLAINTIFF

V.

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT                                                                                           DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Defendant, Louisville/Jefferson County Metro Government ("Metro Government"), has moved to dismiss Plaintiff's claim based on the one year statute of limitations applicable to 42 U.S.C. § 1983.

Plaintiff, Bench Billboard Co., Inc. ("BBC"), is a company in the business of bench advertising. It requested Metro Government to let it place bench advertisement at two locations in Louisville. After a period of time, on January 21, 2004, Metro Government denied BBC's request. Thereafter, BBC conducted an open records investigation and determined that Metro Government had adopted a policy of not permitting advertising benches within any right-of-way. It also determined that Metro Government treats bench advertisements differently from bus shelter advertisements. BBC filed this lawsuit on March 18, 2005. Metro Government filed this motion to dismiss in January, 2006.

In essence, BBC complains about Metro Government's ongoing policy of disallowing bench advertising within its right of way. The continued existence of that policy denies BBC the

very rights which its asserts in this complaint. BBC asserts rights which Metro Government is currently denying. Indeed, Metro Government admits that the same policy regarding bench advertising within right-of-way continues to this day. Consequently the assertion of those rights is timely.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Metro Government's motion to dismiss is DENIED.

IT IS FURTHER ORDERED that Metro Government's stay of discovery is DENIED.

cc:   Counsel of Record